IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

IRIS JUDITH REYES VAZQUEZ

XXX-XX-9226

Debtor(s)

CASE NO. 11-01359 MCF

Chapter 13

**FILED & ENTERED ON 04/16/2013**

ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: "MOTION RE: DEBTOR'S INTENTION TO PARTICIPATE OF THE HOME AFFORDABLE MODIFICATION PROGRAM", filed by Debtor, docket #34.

Due notice having been given, there being no opposition, and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16 day of April, 2013.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:  DEBTOR
    ROBERTO  FIGUEROA CARRASQUILLO
    ALEJANDRO  OLIVERAS RIVERA